AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BRANDON A. HOLLINGSWORTH<br><br>*Plaintiff(s)*<br>v.<br>HEMANI HOLDINGS LLC a/k/a FLORIDA GLOBAL TRANSPORTATION et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 6:19-cv-199-ORL-22KRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HEMANI HOLDINGS LLC a/k/a FLORIDA GLOBAL TRANSPORTATION
Registered Agent Name
SAJJAD HEMANI
3228 YATTIKA PLACE
LONGWOOD, FL 32779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Law Offices of Zandro E. Palma, P.A
9100 S. Dadeland Blvd. Suite 1500
Miami FL 33157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Feb 01, 2019**    *ReginaFermer*
  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

BRANDON A. HOLLINGSWORTH

*Plaintiff(s)*

v.    Civil Action No. 6:19-cv-199-ORL-22KRS

HEMANI HOLDINGS LLC a/k/a FLORIDA GLOBAL TRANSPORTATION et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RIYAZ KHALFAN
3228 YATTIKA PLACE
LONGWOOD, FL 32779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    The Law Offices of Zandro E. Palma, P.A
9100 S. Dadeland Blvd. Suite 1500
Miami FL 33157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Feb 01, 2019                              *ReginaFermer*

*Signature of Clerk or Deputy Clerk*